**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 3 2021

JAMES W. McCORMACK, CLERK
By:_____
                           DEP CLERK

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MYRA JOHNSON**                                                **PLAINTIFF**

v.                     Case No.: 4:21-cv-00558-JM

**WALMART INC., a/k/a WAL-MART
STORES ARKANSAS, LLC, d/b/a
WALMART SUPERCENTER**                                          **DEFENDANT**

---

### NOTICE OF REMOVAL

---

COMES NOW the defendant, Walmart Inc., by and through its counsel, Kutak Rock LLP, for its Notice of Removal of this action from the Circuit Court of Pulaski County, Arkansas to the United States District Court for the Eastern District of Arkansas, Central Division, and states and alleges as follows:

1.     The removed action is currently pending in the Circuit Court of Pulaski County, Arkansas, case number 60CV-21-1452, styled *Myra Johnson v. Walmart Inc., a/k/a Wal-Mart Stores Arkansas, LLC, d/b/ Walmart Supercenter.*

2.     Plaintiff filed her Complaint in the Circuit Court of Pulaski County, Arkansas on February 26, 2021 and service of the Complaint and Summons was made on the Defendant on May 25, 2021.

3.     Attached to this Notice of Removal is "Exhibit A," which includes a copy of all state-court process, pleadings, and orders that have been filed in the removed action in accordance with 28 U.S.C. § 1446(a).

This case assigned to District Judge *Moody*
and to Magistrate Judge *Ray*

4.     This Notice of Removal is timely under 28 U.S.C. § 1446(b), as it is being filed within 30 days after receipt of Summons by Defendant.  Defendant's time within which to answer or otherwise respond to Plaintiff's Complaint has not expired, and no further proceedings have taken place in the underlying action.

5.     Plaintiff's Complaint purports to state claims for discriminatory treatment and retaliation based upon age and race in violation of the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*., and the Arkansas Civil Rights Act of 1993, Ark. Code Ann. §§16-123-101, et seq.  This Court has original jurisdiction over the Plaintiff's federal causes of action pursuant to 28 U.S.C. § 1331, and this Court has supplemental jurisdiction over the Plaintiff's state law causes of action pursuant to 28 U.S.C. § 1367.  Accordingly, the Complaint, on its face, establishes removal is proper, as it alleges a claim or right arising under the laws of the United States.  28 U.S.C. § 1441(a) and (c).

6.     Removal to this Court is appropriate because the action is pending in the Circuit Court of Pulaski County, Arkansas.  28 U.S.C. §§ 1441(a), 1446(a).

7.     A copy of this Notice of Removal is being filed concurrently in the removed action in the Circuit Court of Pulaski County, Arkansas and will be served on counsel for Plaintiff through the electronic filing system utilized by the Circuit Court of Pulaski County, Arkansas.  28 U.S.C. § 1446(d).

4810-5280-6894.1

WHEREFORE, Defendant hereby gives their Notice of Removal of the removed action to this Court and respectfully request that this Court grant the Defendant all just and proper relief.

Respectfully submitted,

**KUTAK ROCK LLP**

By_____
Scott Wray (AR Bar No. 96170)
Peyton Watts (AR Bar No. 2020165)
234 East Millsap Road, Suite 200
Fayetteville, AR 72703-4099
Phone: 479.973.4200
Fax: 479.973.0007
Email: Scott.Wray@KutakRock.com
Email: Peyton.Watts@KutakRock.com

ATTORNEYS FOR DEFENDANT

3

# EXHIBIT "A"

**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**
**CIVIL DIVISION**

**MYRA JOHNSON**                                                              **PLAINTIFF**

     **v.**                                    **Case No. 60CV-21-1452**

**WALMART INC., a/k/a WAL-MART**
**STORES ARKANSAS, LLC, d/b/a**
**WALMART SUPERCENTER**                                                **DEFENDANT**

**INDEX OF PLEADINGS FILED AND ATTACHED HERETO**

| PLEADING | DATE FILED |
|---|---|
| Complaint | 02/21/2021 |
| Summons issued to Defendant | 03/01/2021 |
| Affidavit of Service | 06/14/2021 |

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## CIVIL DIVISION

**MYRA JOHNSON**                                                      **PLAINTIFF**

**VS.**

**WALMART INC., a/k/a WAL-MART**
**STORES ARKANSAS, LLC,**
**d/b/a WALMART SUPERCENTER**
**DEFENDANT**

                                                              **DEFENDANT**

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

C T Corporation
Registered Agent for Service of
Walmart Inc., a/k/a Wal-Mart Stores Arkansas, LLC d/b/a Walmart Supercenter
124 West Capitol Ave., Suite 1900
Little Rock, AR 72201
A lawsuit has been filed against you.   The relief demanded is stated in the
attached complaint.   Within 30 days after service of this summons on you (not
counting the day you received it) — or 60 days if you are incarcerated in any jail,
penitentiary, or other correctional facility in Arkansas — you must file with the clerk
of this court a written answer to the complaint or a motion under Rule 12 of the
Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney,
whose name and address are: David Hodges
Attorney at Law,
212 Center Street, 5th Floor
Little Rock, AR 72201
If you fail to respond within the applicable time period, judgment by default may be
entered against you for the relief demanded in the complaint.

                                        CLERK OF COURT

Address of Clerk's Office
Terri Hollingsworth
401 W. Markham, Ste. 100
Little Rock, AR 72201

                              [Signature of Clerk or Deputy Clerk]
                              Date:_____

[SEAL]

**No. _____  This summons is for Walmart Inc., a/k/a Wal-Mart Stores Arkansas, LLC d/b/a Walmart Supercenter**

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ _____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF PULASKI COUNTY, ARKANSAS

By: _____
[Signature of server]


_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____        By: _____
[Signature of server]


_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____


_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:


_____

_____



Arkansas Judiciary

**Case Title:**     MYRA JOHNSON V WALMART INC.

**Case Number:**   60CV-21-1452

**Type:**     SUMMONS - FILER PREPARED


So Ordered

*Jwalenzuela*

Jane Valenzuela

Electronically signed by JDVALENZUELA on 2021-03-01 07:29:34     page 5 of 5

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2021-Feb-26  09:01:09
60CV-21-1452
C06D04 : 7 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### CIVIL DIVISION

**MYRA JOHNSON**                                                                 **PLAINTIFF**

**VS.**                              **NO.**_____

**WALMART INC., a/k/a WAL-MART**
**STORES ARKANSAS, LLC,**
**d/b/a WALMART SUPERCENTER**                                   **DEFENDANT**

### COMPLAINT

COMES NOW the Plaintiff, Myra Johnson, by and through her attorney David A Hodges, and for her cause of action against Defendant, states:

### JURISDICTION AND VENUE

1.      The Circuit Court of Pulaski County, Arkansas, has jurisdiction of this case because of the fact the Plaintiff is seeking relief against the Defendant in this civil proceeding, thereby giving this court jurisdiction under Ark. Const. Amend. 80 § 6 and Ark. Code Ann. § 16-60-101.

2.      The venue for this action is proper in Pulaski County, Arkansas pursuant to the provisions of Ark. Code Ann. § 16-60-101, et seq.

### PARTIES

3.      Plaintiff Myra Johnson was at all times relevant herein, a citizen and resident of Little Rock, Pulaski County, Arkansas.

4.      Defendant Walmart Inc., a/k/a Wal-Mart Stores Arkansas, LLC d/b/a Walmart Supercenter hereinafter referred to as "Walmart" or

"Defendant") is a domestic for-profit company licensed to do business in Arkansas. Defendant's registered agent is CT Corporation System, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201. Defendant owns and operates a grocery and home goods store located at 19301 Cantrell Road, Little Rock, Pulaski County, Arkansas 72223 (Store number 5244), and does business as "Walmart Supercenter."

## **FACTUAL BACKGROUND**

5.      On or around April 7, 2019 Plaintiff was hired by Walmart.

6.      Around July, 2019 Plaintiff reported a co-worker's conduct. After that time the co-worker was discharged. Walmart did not escort the co-worker off the property and such co-worker did attack Plaintiff while Plaintiff was working on the floor.

7.      Walmart investigated Plaintiff's allegations of the attack and assigned Plaintiff to work in another area of the store. This reassignment changed Plaintiff's work schedule and greatly reduced her working hours.

8.      Plaintiff was discharged from Walmart on or around December 6, 2019.

9.      Plaintiff subsequently filed a discrimination charge with the Equal Employment Commission ("EEOC") on or about December 11, 2020 alleging

the discrimination and retaliation that took place during her employment at Walmart from April 1, 2019 until December 6, 2019.

10.    Plaintiff's charge of discrimination was dismissed by the EEOC on or about December 22, 2020 for untimely filing and Plaintiff was thus issued a "Notice of Suit Rights" in which Plaintiff has ninety (90) days from the time she received such notice to file her suit in federal or state court.

11.    Plaintiff believes she was harassed, reassigned, her schedule changed, her hours reduced, and subsequently discharged because of her age, forty-six (46), in violation of the Age Discrimination in Employment Act of 1967, as amended; as well as because of her race, African American, in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Arkansas Civil Rights Act of 1993; and further, that her discharge and the actions taken against her were in retaliation for her reporting her co-worker, in violation of Title VII of the Civil Rights Act of 1964 and the Arkansas Civil Rights Act of 1993.

## COUNT I
## AGE DISCRIMINATION

12.    As a cause of action and ground for relief, Plaintiff alleges the factual matters described in the preceding paragraphs, inclusive, of the Complaint as a part of this Count.

13.     Under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621, et seq., it is unlawful to discriminate against an employee because of that employee's age.

14.     Defendant's conduct was a willful violation of the ADEA.

16.     As a direct result of Defendant's unlawful conduct in violation of the ADEA, Plaintiff has suffered loss of past and future income.

17.     As a direct result of Defendant's willful and unlawful conduct, Plaintiff is entitled to damages.

## COUNT II
## RACE DISCRIMINATION

18.     As a cause of action and ground for relief, Plaintiff alleges the factual matters described in the preceding paragraphs, inclusive, of the Complaint as a part of this Count.

19.     Under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e, et seq., it is unlawful for an employer to discriminate against an employee because of that employee's race.

20.     Defendant's conduct was a willful violation of Title VII.

21.   As a direct result of Defendant's race-based discrimination against Plaintiff in violation of Title VII, Plaintiff has suffered loss of past and future income.

22.   As a direct result of Defendant's willful and unlawful conduct, Plaintiff is entitled to damages.

23.   Defendant's conduct was also race discrimination in violation of Arkansas Civil Right Act ("ACRA"), A.C.A. § 16-123-107.

24.   Plaintiff was subjected to discrimination based on her race by Defendant in violation of ACRA.

25.   As a direct result of Defendant's willful and unlawful conduct, Plaintiff is entitled to back pay, interest on back pay, and the cost of reasonable attorney's fees. Plaintiff is also entitled to compensatory and punitive damages.

## COUNT III
## RETALIATION

26.   As a cause of action and ground for relief, Plaintiff alleges the factual matters described in the preceding paragraphs, inclusive, of the Complaint as a part of this Count.

27.   Under the ACRA, A.C.A. § 16-123-108, it is unlawful for an employer to discriminate against an employee "because the individual in good faith made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this subchapter."

28.   The ACRA makes it unlawful for an employer to interfere with the employee's "exercise or enjoyment of, or on account of his or her having exercise or enjoyed... any right granted or protected by this subchapter."

29.   Defendant willfully violated these provisions of the ACRA when Defendant substantially altered Plaintiff's work environment after Plaintiff make justifiable complaints against her co-workers.

30.   As a direct result of Defendant's willful and unlawful conduct, Plaintiff is entitled to back pay, interest on back pay, and the cost of reasonable attorney's fees. Plaintiff is also entitled to compensatory and punitive damages.

## DAMAGES

31.   Plaintiff is entitled to compensatory damages and other equitable relief based on Plaintiff's claims of discrimination based on the ADEA and Title VII.

32.   A.C.A. § 16-123-107(c) provides that Plaintiff, as an individual injured by employment discrimination by an employer, is entitled to affirmative relief, back pay, interest on back pay, possible litigation and reasonable attorney's fees, and compensatory and punitive damages.

33.   Plaintiff requests this relief from the court.

### DEMAND FOR JURY TRIAL

34.   Pursuant to Rule 38 of the Arkansas Rules of Civil Procedure, the Plaintiff respectfully demands a jury trial on any and all issues triable of right by jury.

**MYRA JOHNSON, PLAINTIFF**

By: _____
**DAVID A. HODGES**
**Attorney at Law**
**212 Center Street, Fifth Floor**
**Little Rock, AR 72201-2429**
**Arkansas Bar No. 65021**
**Telephone: 501-374-2400**
**E-Mail: david@hodgeslaw.com**

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2021-Jun-14  16:43:18
60CV-21-1452
C06D04 : 5 Pages

# Davis Process Service L.L.C.

**1524 S. Main Street**
**Little Rock, AR 72202**
**501-376-8379    FAX 501-376-8479**

### PULASKI COUNTY CIRCUIT COURT

**STATE OF ARKANSAS**

**COUNTY OF PULASKI**

**Case Number:** 60CV-21-1452

**Date Received:** 25-May-21

**Attorney:** David A Hodges

**Attorney:**

**Plaintiff:** Myra Johnson

On Tuesday, May 25, 2021 at 11:39 AM I have duly served this

SUMMONS/COMPLAINT

on Walmart Inc.,a/k/a Wal-mart Stores Arkansas,LLC d/b/a Walmart Supercenter by the following manner of service:  by delivering a true copy to: Karen Price - of CT Corporation System. Address where party served:   CT Corporation System, 124 West Capitol Ave, Suite 1900, Little Rock, AR 72201.

Client No:

Fee: $65.00

Process server: Tim Sibert

Subscribed and sworn to before me on Wednesday, May 26, 2021

My Commission expires

Joyce Clarke, Notary Public

**No. _____ This summons is for Walmart Inc., a/k/a Wal-Mart Stores Arkansas, LLC d/b/a Walmart Supercenter**

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at
_____ _____[place] on
_____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by
_____ _____ after he/she refused to receive it when I
offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or
usual place of abode at ___ _____[address] with
_____[name], a person at least 14 years of age who
resides there, on _____[date]; or

☑ I delivered the summons and complaint to _____[name of
individual], an agent authorized by appointment or by law to receive service
of summons on behalf of _____[name of defendant] on
5-25-21  11:39AM [date]; or   Karen Price of CT Corp. System

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit,
and I served the summons and complaint on the defendant by certified mail,
return receipt requested, restricted delivery, as shown by the attached
signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit,
and I mailed a copy of the summons and complaint by first-class mail to the
defendant together with two copies of a notice and acknowledgment and
received the attached notice and acknowledgment form within twenty days
after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

SHERIFF OF PULASKI COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: 5/26/21

By: _____
[Signature of server]

Tim Subert
[Printed name]

Address: ~~1224 Main Street~~
~~Little Rock, AR 72202~~
~~501-376-8379~~

Phone: _____

Subscribed and sworn to before me this date: 5/26/21

Joyce Clark
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**      MYRA JOHNSON V WALMART INC.

**Case Number:**   60CV-21-1452

**Type:**              SUMMONS - FILER PREPARED

So Ordered

*Jane Valenzuela*

Jane Valenzuela

Electronically signed by JDVALENZUELA on 2021-03-01 07:29:34     page 5 of 5